Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| **In the Matter of the Search of:** | |
|---|---|
| Residence of Darrell Meyers, a brown manufactured home located approximately 5 miles south of the Steamboat Store, Steamboat, Arizona, and more precisely located at the following grid coordinates: 35.682175, -109.874033. | Case No. 22-4018MB |

## ELECTRONIC ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of _____ Arizona _____.

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal:

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 02/04/22 _____.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for 30 days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/21/2022 at 1:10 pm                    _____
*Judge's signature*

City and State: Flagstaff, Arizona                    Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

## **ATTACHMENT A – PLACE TO BE SEARCHED**

**ADDRESS/DESCRIPTION OF LOCATION:**  A brown manufactured home located approximately 5 miles south of the Steamboat Store, Steamboat, Arizona, and more precisely located at the following grid coordinates: 35.682175, -109.874033.

**DESCRIPTION OF HOME:**  A brown, single-room, manufactured home next to a white house located on the family plot of the Meyers family.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.  A .22 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

2.  Any evidence of possession of a 7.62 caliber firearm to include records or documents substantiating ownership or possession.

3.  Ammunition associated with a .22 caliber or 7.62 caliber firearm.

4.  Accessories or items related to the operation, maintenance, or storage of a .22 caliber or 7.62 caliber firearm.

5.  Any other evidence of possession of other, yet unspecified firearms.

6.  Any other firearms, ammunition, or accessories related to the operation, maintenance, or storage of those firearms.

7.  Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records.